UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOSE ANTONIO DE LA CRUZ MORA,

Defendant.

**ORDER**

25 Cr. 416 (LAP)

WHEREAS, with the consent of defendant Jose Antonio De La Cruz Mora, the defendant's guilty plea allocution was taken before United States Magistrate Judge Robyn F. Tarnofsky on October 15, 2026;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript and the associated plea agreement, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, that there was a factual basis for the guilty plea, and that the requirements of Fed. R. Crim. P. 11 were satisfied;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for: January 26, 2027 at 12:30 PM.

SO ORDERED.

Dated: New York, New York
October 27, 2026

Loretta A Preska

HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK